**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**A.A. et al.,**

**Plaintiffs,**

**-against-**

**The New York City Department of Education,**

**Defendant.**

**1:26-cv-05276 (JAV) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, July 16, 2026, at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED: New York, New York
July 6, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge